Sharp View Diagnostic Imaging, P.C., as Assignee of SHOY SCOTLAND, Appellant,
against
Maya Assurance Company, Respondent.



Appeal from an order of the Civil Court of the City of New York, Kings County (Harriet L. Thompson, J.), entered November 25, 2013. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is reversed, with $30 costs, and defendant's motion for summary judgment dismissing the complaint is denied.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which granted defendant's motion for summary judgment dismissing the complaint on the ground that plaintiff's assignor had failed to appear for duly scheduled independent medical examinations.
For the reasons stated in Harvard Med., P.C., as Assignee of Abubakarr Jalloh v Maya Assur. Co. (___ Misc 3d ___, 2016 NY Slip Op ___ [appeal No. 2014-335 Q C], decided herewith), the order is reversed and defendant's motion for summary judgment dismissing the complaint is denied.
Pesce, P.J., Aliotta and Solomon, JJ., concur.
Decision Date: October 13, 2016